■ PHELPS GUIDE RAIL, Appellant, v UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents. (Appeal No. 1.)

[807 NYS2d 900]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered August 6, 2004. The order, inter alia, granted the motion of defendant United States Fidelity & Guaranty Company seeking dismissal of the complaint against it as time-barred.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Martoche, Smith, Pine and Hayes, JJ.